IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>    Defendant. | Case No. 24-cv-08400-CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Michael Contillo has brought this lawsuit against Alaska Airlines, Inc. following the death of Contillo's French Bulldog Ash. Alaska Airlines filed a motion to dismiss on December 2, 2024. See MTD (dkt. 11). Contillo's opposition to Alaska Airlines' motion was due on December 16, 2025, but he has failed to file any opposition. Accordingly, the Court **ORDERS CONTILLO TO SHOW CAUSE BY DECEMBER 31, 2024** why this case should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). Failure to respond will result in dismissal of this action with prejudice.

All hearing dates and remaining deadlines associated with Alaska Airlines' motion to dismiss are vacated pending a response to this Order.

**IT IS SO ORDERED.**

Dated: December 17, 2024

CHARLES R. BREYER
United States District Judge