IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>    Defendant. | Case No. 24-cv-08400-CRB<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal. Dkt. 13. Accordingly, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is **DISMISSED** without prejudice. See Am. Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before defendants serve answer or motion for summary judgment leaves no role for court to play).

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: January 3, 2025

CHARLES R. BREYER
United States District Judge